# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2010

Marilyn Kelly,
Chief Justice

140814

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MIDLAND COGENERATION VENTURE
LIMITED PARTNERSHIP,
        Plaintiff-Appellant,

v

SC: 140814
COA: 291907
Midland CC: 08-005246-AS

ROBERT NAFTALY, DOUGLAS ROBERTS,
FREDERICK MORGAN, and STATE TAX
COMMISSION,
        Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the December 29, 2009 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue of whether the circuit courts have subject matter jurisdiction over appeals from a decision of the state tax commission regarding property classification.

      We further ORDER that this case be argued and submitted to the Court together with the case of *Iron Mountain Information Management, Inc v Robert Naftaly, et al* (Docket Nos. 140817-140824), at such future session of the Court as both cases are ready for submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2010

_____
Clerk

0622